IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANICQUA APONTE,**<br>**Plaintiff,**<br><br>v.<br><br>**POTTSTOWN SCHOOL DISTRICT,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 18-3199** |

## O R D E R

**AND NOW**, this 27th day of February, 2020, upon consideration of Defendant's Motion for Judgment on the Administrative Record and for Summary Judgment (ECF Nos. 80, 81, 87 & 88) and Plaintiff's response thereto (ECF No. 86), **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED.**

The Clerk of Court **SHALL CLOSE** this case.

                                             **BY THE COURT:**

                                             **/s/Wendy Beetlestone, J.**
                                             _____
                                             **WENDY BEETLESTONE, J.**